IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. HOWELL,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>WARDEN M. SPEARMAN,<br><br>　　　　Respondent. | No. C 13-5176 RMW (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION<br><br>(Docket No. 8) |

　　　Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 8, 2014, the court dismissed the petition with leave to amend. (Docket No. 6.) The court directed petitioner to file an amended petition within thirty days. Petitioner has filed a motion for an extension of time to file an amended petition. (Docket No. 8.) Petitioner's motion is granted. Petitioner shall file an amended petition **no later than thirty (30) days** from the filing date of this order.

　　　This order terminates docket number 8.

　　　IT IS SO ORDERED.

DATED: _____

　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Motion for Extension of Time to file Amended Petition
P:\PRO-SE\RMW\HC.13\Howell176eot-ampet.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G HOWELL,<br><br>        Plaintiff,<br><br>  v.<br><br>SPEARMAN et al,<br><br>        Defendant. | Case Number: CV13-05176 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert G Howell V72092
F.D.-48L
Correctional Training Facility
PO Box 686
Soledad, CA 93960-0686

Dated: June 2, 2014

                                          Richard W. Wieking, Clerk
                                          By: Jackie Lynn Garcia, Deputy Clerk