*E-FILED on 5-29-15*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT G. HOWELL, | ) | No. C 13-5176 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| M. SPEARMAN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

    The court has dismissed the instant petition for a writ of habeas corpus as untimely. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 5-29-15

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\RMW\HC.13\Howell176jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT G HOWELL,

        Plaintiff,

  v.

SPEARMAN et al,

        Defendant.

Case Number: CV13-05176 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert G Howell V72092  
F.D.-48L  
Correctional Training Facility  
PO Box 686  
Soledad, CA 93960-0686

Dated: May 29, 2015

        Richard W. Wieking, Clerk  
        By: Jackie Lynn Garcia, Deputy Clerk